```
GREGORY T. MEATH (State Bar No. 180495)
MEATH & PEREIRA
The Kress Building
20 North Sutter Street, Suite 200
Stockton, CA 95202-2911
Ph. (209) 942-3300
Fx. (209) 942-3302

Attorney for Defendants:
PETER JAMES LUHN; CORBIN JERRETT
POIRIER individually and D/B/A THE MATINEE
LOUNGE; AVERAGE JOE'S LLC D/B/A THE
MATINEE LOUNGE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>        Plaintiff,<br><br>vs.<br><br>PETER JAMES LUHN; CORBIN JERRETT POIRIER individually and D/B/A THE MATINEE LOUNGE; AVERAGE JOE'S LLC D/B/A THE MATINEE LOUNGE,<br><br>        Defendants<br>_____<br>PETER JAMES LUHN; CORBIN JERRETT POIRIER individually and D/B/A THE MATINEE LOUNGE; AVERAGE JOE'S LLC D/B/A THE MATINEE LOUNGE,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>COMCAST CORPORATION, INC. and DOES 1 though 10, inclusive<br><br>        Third-Party Defendants | Case No. 2:09-CV-03491-FCD-EFB<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO AMEND THIRD PARTY COMPLAINT** |

1
ORDER GRANTING STIPULATION FOR LEAVE TO AMEND THIRD PARTY COMPLAINT

E.D. Case No. 2:09-cv-03491-FCD-EFB

1. Peter James Luhn, Corbin Jerrett Poirier Individually and D/B/A The Matinee Lounge; Average Joe's, LLC D/B/A The Matinee Lounge, shall be allowed to amend their third-party complaint to correct the following matters:

    A. To correctly reflect third-party defendant as Comcast of California XIII, Inc. a California corporation; and

    B. To correctly identify third-party plaintiffs collectively as "MATINEE" in Paragraph 3 of third-party plaintiffs' Prayer for Relief.

2. Third-party defendant California XIII, Inc. shall execute a Waiver of Service, which third-party plaintiff shall file with the Court.

3. Third-party defendant California XIII, Inc. shall not be required to file an additional Answer in response to the Amended Complaint, rather, Comcast's existing answer shall suffice in this respect.

IT IS SO ORDERED.

DATED: June 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE