Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:      626-799-9797
Fax:     626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff
Joe Hand Promotions, Inc.**

Gregory Thomas Meath, SBN 180495
**MEATH & PEREIRA**
20 North Sutter Street, Suite 200
Stockton, CA 95202-2907
Tel:     209-942-3300
Fax:    209-942-3302
gregmeath@hotmail.com
**Attorneys for Defendants and Third-Party Plaintiff
Peter James Luhn, Corbin Jerrett Poirier,
and Average Joes, LLC**

Jie-Ming Chou, SBN 211346
**COOPER, WHITE & COOPER LLP**
201 California Street, 17th Floor
San Francisco, CA 94111
Tel:     415-433-1900
Fax:    415-433-5530
jchou@cwclaw.com
**Attorneys for Third-Party Defendant
Comcast Corporation, Inc.**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. **2:09-cv-03491-KJM -EFB** |
| Plaintiff, | |
| v. | **STIPULATED AMENDED SCHEDULING ORDER** |
| PETER JAMES LUHN, CORBIN JERRETT POIRIER individually and d/b/a THE MATINEE LOUNGE; AVERAGE JOES, LLC d/b/a THE MATINEE LOUNGE, | |
| Defendants. | |
| PETER JAMES LUHN, CORBIN JERRETT POIRIER individually and d/b/a THE MATINEE LOUNGE; AVERAGE JOES, LLC d/b/a THE MATINEE LOUNGE, | |
| Third-Party Plaintiff | |
| v. | |
| COMCAST CORPORATION, INC. and DOES 1 though 10, inclusive, | |
| Third-Party Defendant. | |

WHEREAS, the parties have undertaken promising settlement negotiations and in the anticipation of agreeable settlement, have deferred conducting discovery; however, the parties need additional time to consider a recent settlement offer, as the discovery period is closing.

WHEREAS, if this most recent settlement prospect does not come to fruition, Plaintiff anticipates bringing a Summary Judgment motion, all parties anticipate conducting some discovery prior to Plaintiff's motion.

WHEREAS, the parties have accordingly shown just cause pursuant to FRCP 16(b)(4).

NOW THEREFORE, the parties hereby agree and stipulate, and respectfully request that the Court amend its previous Scheduling order, as follows or as reasonably close to the dates following, as the Court deems appropriate:

1. All discovery shall be completed by May 1, 2011.
2. Expert Witness Disclosure shall be not later than May 15, 2011
3. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than October 14, 2011
4. The Final Pretrial Conference is set for December 9, 2011
5. The trial is set for January 24, 2012

Respectfully submitted,

Dated: February 1, 2011      */s/ Thomas P. Riley*
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             Joe Hand Promotions, Inc.

Dated: February 1, 2011      /S/ GREGORY T. MEATH
                             **MEATH & PEREIRA**
                             By: Gregory Thomas Meath
                             Attorneys for Defendants and Third-Party Plaintiff
                             Peter James Luhn, Corbin Jerrett Poirier, and Average Joes, LLC

Dated: February 1, 2011
/S/ JIE-MING CHOU
**COOPER, WHITE & COOPER LLP**
By: Jie-Ming Chou
Attorneys for Third-Party Defendant
Comcast Corporation, Inc.

## ORDER

Good cause appearing, the court approves the parties' stipulation in part and ORDERS the Scheduling Order amended as follows.

1. All discovery shall be completed by May 2, 2011.
2. Expert Witness Disclosure shall be not later than May 23, 2011.
3. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than August 24, 2011.
4. The Final Pretrial Conference is set for October 12, 2011.
5. The trial is set for November 28, 2012.

Dated: February 14, 2011.

UNITED STATES DISTRICT JUDGE