IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

      Plaintiff,                                      No. CIV S-09-3491 KJM-EFB

      vs.

PETER JAMES LUHN; et al.,

      Defendants.                            <u>ORDER TO SHOW CAUSE</u>

_____/

        The parties filed a notice of settlement with the court on April 22, 2011, indicating that all claims in the above-captioned action had been settled in their entirety. (ECF 30.)  Relying on the parties' representation in that notice, the court issued a minute order on April 22, 2011 instructing the parties to file dispositional documents no later than May 13, 2011.  (ECF 31.)  The parties have not complied with the court's order.  Accordingly, the parties are hereby ordered to show cause within fourteen (14) days of the entry of this order why sanctions of $250.00 per party should not be imposed against counsel and/or the parties for their failure to comply with the court's April 22, 2011 order.

        IT IS SO ORDERED.

DATED: May 27, 2011.

                                        UNITED STATES DISTRICT JUDGE

1