IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                                    No. CIV S-09-3491 KJM-EFB

    vs.

PETER JAMES LUHN; et al.,                 ORDER

    Defendants.
                                    /

PETER JAMES LUHN; et al.,

    Third-party Plaintiffs,

    vs.

COMCAST CORP., INC.,

    Third-party Defendant.
                                    /

          On May 31, 2011, parties were ordered to show cause within fourteen (14) days of the entry of the order why they should not be sanctioned in the amount of $250.00 for failing to timely file dispositional documents in accordance with the court's April 22, 2011 minute order, or letting the court know in advance of the need for additional time to comply with the order. (ECF 32.) Plaintiff filed a stipulation of dismissal on June 1, 2011 (ECF 33) and the case was closed accordingly. Counsel for defendants/third-party plaintiffs and third-party defendant

1

1 have satisfactorily responded directly to the order to show cause.  (ECF 34 & 36.)  Counsel for
2 plaintiff has not responded directly to the order to show cause.
3       Accordingly, the court ORDERS plaintiff's counsel, Mr. Thomas Riley,  to pay
4 sanctions in the amount of $250.00 for his failure to file a response to the order to show cause
5 filed on May 31, 2011. Payment should be in the form of a check made payable to the Clerk of
6 the Court.  The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14)**
7 **days** from the filing of this order.
8       The order to show cause filed on May 31, 2011 is hereby DISCHARGED as to
9 counsel for defendants/third-party plaintiffs and third-party defendant.
10       IT IS SO ORDERED.
11 DATED:  June 22, 2011.

                                          UNITED STATES DISTRICT JUDGE